IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00156-MOC-WCM

| | |
|---|---|
| KRISTINA RENE FROST and <br> GARY ALLEN MAYS, <br> *Individually and as Personal* <br> *Representatives of the Estates of* <br> Shawna Rene Mays and <br> Tristan Allen Mays <br><br> Plaintiffs, <br><br> v. <br><br> AMSAFE COMMERCIAL <br> PRODUCTS, INC., AMSAFE, INC., <br> TRANSDIGM GROUP, INC., and <br> SHIELD RESTRAINT SYSTEMS, INC. <br><br> Defendants. | ORDER |

This matter is before the Court *sua sponte*.

On July 30, 2021, the undersigned issued an Order advising that a "Notice of Withdrawal" filed by defense counsel Kelly Eisenlohr-Moul was not effective. Doc. 21.

On August 11, 2021, the undersigned was informed that Ms. Eisenlohr-Moul's ECF account has been disabled "due to bounce backs" and therefore it is not clear whether Ms. Eisenlohr-Moul received the July 30, 2021 Order. In short, it appears that though Ms. Eisenlohr-Moul remains counsel of record for Defendants, she is not receiving information about filings in this matter.

Accordingly, H. Toby Schisler and Lindsey J. Boyd are **DIRECTED** to transmit a copy of the Court's July 30, 2021 Order and this Order to Ms. Eisenlohr-Moul forthwith.

Further, Ms. Eisenlohr-Moul is **DIRECTED**, by August 18, 2021, to reactivate her ECF Account or to file a proper motion to withdraw. Attorneys Schisler and Boyd are reminded, as described in the July 30 Order, that they have been granted leave to appear *pro hac vice* in this matter for Defendants and must be associated with local counsel. LCvR 83.1(b)(1).[1]

It is so ordered.

Signed: August 11, 2021

W. Carleton Metcalf
United States Magistrate Judge

---

[1] The undersigned also notes that Defendants, which are corporate entities, must appear in this matter through counsel; they cannot appear *pro se*. See Sea Island Co. v. The IRI Group, LLC, Civil No. 3:07cv013, 2007 WL 2997660 at *2 (W.D.N.C. Oct. 12, 2007) ("the law is well-established that corporate entities and other non-human entities, such as limited liability companies, can appear in federal court only through counsel").