IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00156-MOC-WCM

| | |
|---|---|
| KRISTINA RENE FROST and GARY ALLEN MAYS, *Individually and as Personal Representatives of the Estates of* Shawna Rene Mays and Tristan Allen Mays<br><br>Plaintiffs,<br><br>v.<br><br>AMSAFE COMMERCIAL PRODUCTS, INC., AMSAFE, INC., TRANSDIGM GROUP, INC., and SHIELD RESTRAINT SYSTEMS, INC.<br><br>Defendants. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 36) filed by Emily Jeanette Beeson. The Motion indicates that Ms. Beeson, a member in good standing of the Bar of this Court, is local counsel for Kristina Rene Frost and Gary Allen Mays, individually and as Personal Representatives of the Estates of Shawna Rene Mays and Tristan Allen Mays, and that she seeks the admission of Rudy Gonzales, who the Motion represents as being a member in good standing of the Bar of the State of Texas. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 36) and **ADMITS** Rudy Gonzales to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 29, 2021

W. Carleton Metcalf
United States Magistrate Judge