IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00156-MOC-WCM

| | |
|---|---|
| KRISTINA RENE FROST and ) <br> GARY ALLEN MAYS, ) <br> *Individually and as Personal* ) <br> *Representatives of the Estates of* ) <br> Shawna Rene Mays and ) <br> Tristan Allen Mays ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> AMSAFE COMMERCIAL ) <br> PRODUCTS, INC., AMSAFE, INC., ) <br> TRANSDIGM GROUP, INC., and ) <br> SHIELD RESTRAINT SYSTEMS, INC. ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the Court on a "Notice of Withdrawal of Counsel of Lindsey J. Boyd" filed by defense counsel H. Toby Schisler (the "Notice," Doc. 47).

Generally, while this district allows the substitution of counsel, see LCvR 83.1(g), attorneys wishing to withdraw from a matter may not simply do so unilaterally, but rather must obtain leave of court, as described in Local Civil Rule 83.1(f). See also Doc. 21 (discussing this requirement with respect to an earlier "Notice of Withdrawal" filed in this matter).

Accordingly, the "Notice of Withdrawal of Counsel of Lindsey J. Boyd"

(Doc. 47) is **DEEMED INEFFECTIVE.** Should Ms. Boyd seek leave to withdraw from this matter, she may make such a request by way of a motion in the ordinary course.

It is so ordered.

Signed: March 1, 2022

W. Carleton Metcalf
United States Magistrate Judge