# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
[Case No. 1:21 CV 156]

| | |
|---|---|
| KRISTINA RENE FROST, and GARY ALLEN MAYS, Individually and as Co-Personal Representatives of the Estates of SHAWNA RENE MAYS, and TRISTAN ALLEN MAYS, Deceased,<br><br>     Plaintiffs,<br>v.<br><br>AMSAFE COMMERICAL PRODUCTS, INC., AMSAFE, INC., TRANSIGM GROUP, INC. and SHIELD RESTRAINT SYSTEMS<br><br>     Defendants. | **AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF KRISTINA FROST** |

  This Joint Stipulation is entered into by and between Plaintiff Kristina Frost, individually, ("Plaintiff" or "Ms. Frost") and Defendants AmSafe Commercial Products, Inc., AmSafe, Inc., TransDigm Group, Inc., and Shield Restraint Systems, Inc. (collectively 'Defendants") (Plaintiff and Defendants are collectively "the Parties"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned attorneys of record, do hereby stipulate and agree that all claims asserted by Ms. Frost, that remain pending in this litigation (i.e., all claims asserted by Ms. Frost – specifically her claims in her individual capacity for her personal injuries - that were not already dismissed through the Court's March 29, 2023 Order granting Defendants' Motion for Partial Judgment on the Pleadings) have been resolved and are

1

Voluntarily Dismissed with Prejudice. Accordingly, the undersigned Parties hereby stipulate and agree as follows:

1. This Joint Stipulation shall not constitute an admission of liability or fault on the part of any Party or their agents, servants, or employees, and is entered into by Plaintiff and the Defendants for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

2. The undersigned representatives of the Defendants and Plaintiff certify that they are fully authorized by the clients that they represent to enter into all the terms and conditions of this Joint Stipulation.

3. This Stipulation is effective as of the date it is entered by the Court.

4. The Parties request that the Court retain jurisdiction to oversee compliance with the terms of this Joint Stipulation and to resolve any disputes arising under this Joint Stipulation and any motions to modify any of its terms.

For all these reasons, the Parties respectfully request that the Court approve the Joint Stipulation, as stated above, and enter an Order dismissing, with prejudice, Ms. Frost's remaining individual personal injury claims in this litigation.

**RESPECTFULLY SUBMITTED** this the 17th day of April, 2024.

/s/ Brian F. Davis
DAVIS LAW GROUP, P.A.
Brian F. Davis
Elizabeth N.R. Davis
135 Cherry Street N.
Asheville, NC 28801
Telephone: (888) 773-8388
Facsimile: (888) 454-5291
bfd@davislawgroupnc.com
beth@davislawgroupnc.com

and

/s/ William K. Goldfarb
THE LAW OFFICES OF
WILLIAM K. GOLDFARB
William K. Goldfarb
Post Office Box 3200
301 S. Charlotte Avenue
Monroe, NC 28111
Phone: (704) 296-0055
Email: wgoldfarb@wkg-law.com

ATTORNEYS FOR PLAINTIFF


/s/ H. Toby Schisler
H. Toby Schisler
Dinsmore & Shohl, LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Toby.schisler@dinsmore.com

and

/s/ William M. Starr
William M. Starr
Nelson, Mullins, Riley & Scarborough, LLP
301 South College Street, 23rd Floor
Charlotte, NC 28202-4000
Bill.starr@nelsonmullins.com

ATTORNEY FOR DEFENDANTS


and

*Gary Mays* (Apr 17, 2024 14:50 EDT)

Gary Mays
Pro-Se

3